# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

Timothy Wright,

      Petitioner,      :      Case No. 3:15-cv-161

-vs-

      District Judge Thomas M. Rose

ALAN J. LAZAROFF, Warden,      Magistrate Judge Michael R. Merz
Mansfield Correctional Institution,

      Respondent.      :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 7), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is ORDERED that the Petition is DISMISSED without prejudice to the merits of any claims made. This case is also TERMINATED on the docket of this Court.

February 5, 2016      *s/Thomas M. Rose

      Thomas M. Rose
      United States District Judge